No. 294. GENERAL ELECTRIC CO. *v.* AMPEREX ELECTRONIC PRODUCTS, INC., ET AL. October 25, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. Drury W. Cooper* and *John C. Kerr* for petitioner. *Mr. Samuel E. Darby, Jr.* for respondents.

No. 389. ZAHARIADIS *v.* HAYS, DIVISIONAL DIRECTOR OF IMMIGRATION AND NATURALIZATION. October 25, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Mr. R. F. Clough* for petitioner. *Solicitor General Reed, Assistant Attorney General McMahon,* and *Messrs. William W. Barron* and *W. Marvin Smith* for respondent.

No. 390. INDIANAPOLIS AMUSEMENT CO. *v.* METRO-GOLDWYN-MAYER DISTRIBUTING CORP. ET AL. October 25, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Messrs. William C. Bachelder* and *H. K. Bachelder* for petitioner. *Mr. Frank C. Dailey* for respondents.

No. 394. MURINE COMPANY *v.* UNITED STATES. October 25, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. David Jetzinger* for petitioner. *Solicitor General Reed, Assistant Attorney General Morris,* and *Messrs. Sewall Key* and *J. Louis Monarch* for the United States.

No. 395. SNELL ISLE, INC. *v.* COMMISSIONER OF INTERNAL REVENUE. October 25, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth